■ In the Matter of ROSEANNE G. and Others, Children Alleged to be Abused. HECTOR R., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondent. [681 NYS2d 262] —Order of disposition, Family Court, Bronx County (Stewart Weinstein, J.), entered on or about March 1, 1996, which, *inter alia*, released the subject children to their mother and issued an order of protection in favor of the children against respondent-appellant, upon findings that respondent sexually and physically abused one of the children, physically abused another and derivatively abused the third, unanimously affirmed, without costs.

The child Roseanne's out-of-court statement of sexual abuse by respondent was sufficiently corroborated by medical evidence and the separate out-of-court statements of the children Roseanne and Osvaldo of physical abuse by respondent sufficiently cross-corroborated each other (*see, Matter of Yesenia M.*, 239 AD2d 245; *Matter of Department of Social Servs. [R. Children] v Waleska M.*, 195 AD2d 507, 510, *lv denied* 82 NY2d 660). Concur—Milonas, J. P., Nardelli, Williams, Tom and Andrias, JJ.